

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00349-CV

ESTATE OF JAMES ANDREW PUCKETT, DECEASED

§ On Appeal from the County Court at Law

§ of Cooke County (PR17461)

§ August 1, 2019

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that appellant Reneé Puckett Frazier shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel